UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FRENCHIE BECKUM, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § § | |
| SWIFT RESPONSE, LLC, PLZ AEROSCIENCE CORPORATION, K-G SPRAY-PAK, INC., PLAZE, INC., BALL CORPORATION, AND APTARGROUP, INC., | § § § § § § § | Civil Action No. 3:18-CV-555-X |
| *Defendants.* | § § | |

## **FINAL JUDGMENT**

By separate order, the Court has granted defendant Ball Corp.'s motion for summary judgment. Therefore, the Court **ORDERS**, **ADJUDGES**, and **DECREES** that Beckum's claims and causes of action against Ball Corp. are **DISMISSED WITH PREJUDICE.** As Ball Corp. was the only remaining defendant, Beckum no longer has live claims against any defendant.

Each party shall bear its own fees and costs. All relief not expressly granted is denied. This is a final judgment.

**IT IS SO ORDERED** this 24th day of September 2020.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE